# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ROGER HOOVER,**

    **Plaintiff,**

**vs.**                                                                                  **CASE NO. 5:06CV37-RS/AK**

**GEORGE BUSH, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

This cause was removed by the Defendants on February 16, 2006. (Doc. 1). The allegations raised by this pro se Plaintiff concern libel arising from a phone call made to the Department of Children and Families about Plaintiff's mental illness. (Doc. 1). Upon removal, Defendants moved to dismiss this action for lack of subject matter jurisdiction (doc. 3). Plaintiff has not responded. The Court ordered Plaintiff to respond on or before May 25, 2006, (doc. 7), but this order was returned as undeliverable with no forwarding information available. (Doc. 8).

Consequently, this matter should be dismissed on two grounds: (1) that Plaintiff has moved and left no forwarding address, thereby constituting a failure to prosecute

under Rule 41(b), Federal Rules of Civil Procedure; and (2) that Defendant's motion to dismiss for lack of subject matter jurisdiction should be granted because this Court lacks jurisdiction over claims of libel and slander against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. §2680(h).

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's motion to dismiss (doc. 3) be **GRANTED**, and that Plaintiff's complaint, doc. 1, be **DISMISSED** for lack of jurisdiction and for failure to prosecute under Rule 41(b), Federal Rules of Civil Procedure.

**IN CHAMBERS** at Gainesville, Florida, this **2nd** Day of May, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 5:06cv37-rs/ak**