IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROGER HOOVER,

    Plaintiff,

vs.                                           CASE NO. 5:06cv37/RS

GEORGE BUSH, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 9).  Plaintiff has filed no objections or other response.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Dismiss (Document 3) is granted.  This action is dismissed because of lack of subject matter jurisdiction and because of plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

3. The clerk is directed to close the file.

ORDERED on June 6, 2006.

                                                 **/S/ Richard Smoak**
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**